IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ISRAEL RONDON, | ) | CASE NO. 1:13 CV 1679 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE DAVID D. DOWD, JR. |
| v. | ) | |
| | ) | |
| SSI-SSA, | ) | **JUDGMENT ENTRY** |
| | ) | |
| Defendant. | ) | |

For the reason contained in the Memorandum Opinion filed contemporaneously herewith, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action is dismissed.

Further, the Court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

October 15, 2013    s/David D. Dowd, Jr.
Date                David D. Dowd, Jr.
                    U.S. District Judge